Kara B. Hendricks (NVSBN 7743)
Christopher R. Miltenberger (NVSBN 10153)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
hendricksk@gtlaw.com
miltenbergerc@gtlaw.com

Christopher Tayback (CA SBN 145532, admitted *pro hac vice*)
Michael L. Fazio (CA SBN 228601, admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
christayback@quinnemanuel.com
michaelfazio@quinnemanuel.com
Attorneys for Defendant Jinro America, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLD WATER TRADING CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JINRO AMERICA, INC., a foreign corporation; DOES I-X, inclusive; and ROE Corporations and Limited Liability Companies I-X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00257 JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Pursuant to LR 1A 6-1, LR 1A 6-2, LR 7-1, and FRCP 15(a)(2), Defendant Jinro America, Inc. ("JAI") and Plaintiff Gold Water Trading Corporation ("Gold Water") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate to withdraw Gold Water's Motion for Leave to File Second Amended Complaint (ECF No. 31), permit Gold Water to file a Second Amended Complaint on or before June 1, 2018, to extend JAI's deadline to answer Gold Water's Second Amended Complaint to June 29, 2018, and request that the Court enter an order approving same.

WHEREAS Gold Water filed its Complaint in this matter in the Eighth Judicial District Court, Clark County, Nevada on January 31, 2018. JAI removed the action to this Court on February 12, 2018 (ECF No. 1). Plaintiff did not move to remand this action.

1    WHEREAS on February 16, 2018, Gold Water filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") (ECF No. 7). JAI filed its Opposition to the Motion on February 21, 2018 (ECF No. 9). Gold Water filed its Reply in support of its Motion on February 28, 2018 (ECF No. 17). On March 6, 2018, the Court entered an Order Denying the relief sought in the Motion (the "Order"). (ECF No. 20). In the Order, the Court noted that certain "new evidence might cause Gold Water to seek to amend its pleading." *See* Order, ECF No. 20, 6:1-2.

WHEREAS subsequent to the issuance of the Order, the parties conducted a telephonic meet and confer with respect to the status of this action. During this meet and confer, Gold Water indicated that it intended to amend its Complaint and the parties discussed a briefing schedule to allow Gold Water to file its First Amended Complaint and for JAI to file its response to Gold Water's First Amended Complaint. On March 13, 2018, the parties filed a stipulation and proposed order to permit Gold Water to file its First Amended Complaint and to extend the deadline for JAI to answer the First Amended Complaint. (ECF No. 23). The Court approved the stipulation via order. (ECF No. 25). Gold Water filed its First Amended Complaint on April 12, 2018. (ECF No. 29). JAI filed its Answer to the First Amended Complaint on April 27, 2018. (ECF No. 30).

WHEREAS on May 11, 2018, Gold Water sought leave from the Court to file a Second Amended Complaint. (ECF Nos. 31, 31-1). On May 17, 2018, in the interests of judicial economy and to reduce the need for the parties to file unnecessary documents with the Court, the parties discussed a briefing schedule to allow Gold Water to file its Second Amended Complaint and for JAI to file its response thereto.

Based on the foregoing, and pursuant to FRCP 15(a)(2), the parties respectfully request that the Court enter an order as contemplated by the parties during their meet and confer, as follows:

1. Gold Water's existing Motion for Leave to file a Second Amended Complaint (ECF No. 31) is withdrawn;

2. Gold Water shall have up to and including **June 1, 2018**, in which to file and serve a Second Amended Complaint;

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

3. JAI shall have up to and including **June 29, 2018**, in which to answer Gold Water's Second Amended Complaint.

This stipulation is entered into in good faith and is not intended to delay these proceedings. Instead, this stipulation will further the interests of justice and judicial efficiency. No party in the action will be prejudiced by this stipulation as all parties are in agreement with respect to this schedule. Based on the foregoing, good cause exists to enter the order extending the parties' briefing schedule as contemplated herein and the parties respectfully request that the Court enter an order approving the same.

This is the parties' second request for an extension of time for either Gold Water to submit an amended pleading or for JAI to serve a response to any Complaint.

| | |
|---|---|
| DATED this 23rd day of May, 2018. | DATED this 23rd day of May, 2018. |
| GREENBERG TRAURIG, LLP | LEVINE, GARFINKEL & ECKERSLEY |
| */s/ Christopher R. Miltenberger* | */s/ Louis E. Garfinkel* |
| Kara B. Hendricks (NVSBN 7743) | Louis E. Garfinkel (NVSBN 3416) |
| Christopher R. Miltenberger (NVSBN 10153) | 2965 S. Jones Boulevard, Suite C1-140 |
| 3773 Howard Hughes Parkway, Suite 400 N | Las Vegas, NV 89146 |
| Las Vegas, NV 89169 | |
| | Karen H. Ross (NVSBN 9299) |
| Christopher Tayback (CA SBN 145532, admitted *pro hac vice*) | THE LAW OFFICE OF KAREN H. ROSS |
| Michael L. Fazio (CA SBN 228601, admitted *pro hac vice*) | 2275 Corporate Circle, Suite 160 |
| | Henderson, NV 89074 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | *Attorneys for Plaintiff* |
| 865 South Figueroa Street, 10th Floor | *Gold Water Trading Corporation* |
| Los Angeles, CA 90017-2543 | |
| *Attorneys for Defendant* | |
| *Jinro America, Inc.* | |

                                          **IT IS SO ORDERED:**

                                          **UNITED STATES MAGISTRATE JUDGE**

                                          **DATED: 5-24-2018**