# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GOLD WATER TRADING CORPORATION, a Nevada corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>JINRO AMERICA, INC., *et al.*,<br><br>        Defendants. | 2:18-cv-00257-JAD-VCF<br>**ORDER** |

       Before the Court is Gold Water Trading Corporation vs. Jinro America, Inc., *et al.*, case number 2:18-cv-00257-JAD-VCF.

       Accordingly,

       IT IS HEREBY ORDERED that an in-chambers telephonic hearing, regarding the settlement conference, is scheduled for 11:00 AM, August 17, 2018.

       The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

       DATED this 16th day of August, 2018.

                                                  _____
                                                   CAM FERENBACH
                                                   UNITED STATES MAGISTRATE JUDGE