Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
LEVINE & GARFINKEL
1671 W. Horizon Ridge Pkwy, Suite 230
Henderson, NV 89012
Tel: (702) 735-0451
Fax: (702) 735-0198
Email: lgarfinkel@lgealaw.com

D. Bryce Finley, Esq.
Nevada Bar No. 9310
THE LAW OFFICE OF KAREN H. ROSS
2275 Corporate Circle, Suite 160
Henderson, Nevada 89074
Tel: (702) 485-4152
Fax: (702) 485-4125
Email: karenross@khrlawgroup.com

*Attorneys for Plaintiff Gold Water Trading Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLD WATER TRADING CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>JINRO AMERICA, INC., a Washington corporation; WANG GLOBALNET, a foreign corporation; DOES I-X, inclusive; and ROE Corporations and Limited Liability Companies I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00257-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 58] |

Pursuant to LR IA 6-1, it is stipulated by and between the parties, through undersigned counsel, as follows:

1. On January 14, 2019, Defendant Jinro America, Inc. ("Jinro") filed its Motion for Summary Judgment [ECF 55], and Plaintiff Gold Water Trading Corporation's ("Gold Water") response is due by February 4, 2019.

2. On January 17, 2019, Defendant Wang Globalnet ("Wang") filed its Joinder in Jinro's Motion for Summary Judgment [ECF 56].

3. On January 17, 2019, Defendant Wang filed its Motion for Summary Judgment [ECF 57], and Plaintiff Gold Water's response is due by February 7, 2019.

4. Because Gold Water's counsel was recently ill and because of scheduling conflicts, Gold Water is requesting an extension of time to respond to the Motions for Summary Judgment filed by Jinro and Wang.

5. Gold Water shall have up to and including February 20, 2019, in which to respond to the Motions for Summary Judgment filed by Jinro and Wang.

This Stipulation is entered into in good faith and is not intended to delay these proceedings. The parties will not be prejudiced by this Stipulation and the parties are in agreement with respect to the extension of time. Based on the foregoing, good cause exists to extend Gold Water's time to respond to the Motions for Summary Judgment filed by Jinro and Wang.

| Dated this 23rd day of January, 2019. | Dated this 23rd day of January, 2019. |
|---|---|
| LEVINE & GARFINKEL | GREENBERG TRAURIG LLP |
| /s/ Louis E. Garfinkel | /s/ Michael L. Fazio |
| By: _____ | By: _____ |
| Louis E. Garfinkel, Esq.<br>Nevada Bar No. 3416<br>1671 W. Horizon Ridge Pkwy, Suite 230<br>Henderson, NV 89012<br>And<br>D. Bryce Finley, Esq.<br>Nevada Bar No. 9310<br>THE LAW OFFICE OF KAREN H. ROSS<br>2275 Corporate Circle, Suite 160<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff Gold Water Trading Corporation* | Kara B. Hendricks, Esq.<br>Christopher R. Miltenberger, Esq.<br>3773 Howard Hughes Pkwy, Ste 400 North<br>Las Vegas, NV 89169<br>And<br>Christopher Tayback, Esq.<br>Michael L. Fazio, Esq.<br>Quinn Emanuael Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>*Attorneys for Defendant Jinro America, Inc.* |

Dated this 23rd day of January, 2019.

SEMENZA KIRCHER RICKARD

By: /s/ Jarrod L. Rickard
Lawrence J. Semenza, III, Esq.
Christopher D. Kircher, Esq.
Jarrod L. Rickard, Esq.
10161 Park Run Dr., Suite 150
Las Vegas, NV 89146
*Attorneys for Defendant Wang GlobalNet*

IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 58] is GRANTED.** Plaintiff's time to respond to defendants' summary-judgment motions [ECF Nos. 55, 57] is **EXTENDED** to February 20, 2019.

Dated: February 1, 2019

_____
U.S. District Judge Jennifer A. Dorsey